

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2021

No. 04-19-00268-CR

Stacy James **SPENCER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2340
Honorable Ron Rangel, Judge Presiding

## O R D E R

On February 19, 2020, we issued a memorandum opinion and judgment in this appeal, affirming the trial court's judgment. We issued the mandate on July 10, 2020. On November 20, 2020, appellant, representing himself, filed a "Motion: Appellant[']s Pro-se Reversal an[d] to Acquit" and "Motion: Injunction Restraining an[d] Protective Order." This court's plenary power in this appeal has expired, and this court no longer has jurisdiction. *See* Tex. R. App. P. 19.1 (specifying the period of plenary power); *id*. R. 19.3 ("After its plenary power expires, the court cannot vacate or modify its judgment.").

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court